John Turl's Sons, Incorporated, Respondent, v. Williams Engineering and Contracting Company, Appellant.— Motion for stay denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

William Wilson, Respondent, v. Reuben Beards, Appellant.— Appeal dismissed, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Edward Xenodochius, Respondent, v. Fifth Avenue Coach Company, Appellant.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

Henrietta Adler, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, on the authority of *Burgdorf* v. *Brooklyn, Queens County & Suburban R. R. Co.* (*ante*, p. 253), decided herewith. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Ellen Jarvis Hotaling, Plaintiff, v. Emma A. Frith and Others, Defendants, Impleaded with Anna J. Frith, as Administratrix, etc., of Francis E. Frith, Deceased, Appellant. Long Island Loan & Trust Company, as Receiver, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Andrew F. McNickle, Appellant, v. Bridget Delaney and Nora Harty, Respondents.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ.

George F. Pantzer, Appellant, v. Charles Schmidt, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

John Rodzborski, Respondent, v. American Sugar Refining Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.

Joseph Rosenthal, Appellant, v. Charles Cranford, Respondent.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Rourke Realty Company, Respondent, v. Gilbert Everingham and Others, Defendants, Impleaded with Ernest Flagg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Jenks, Gaynor and Miller, JJ., concurred.